UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV18-03899 JAK (PLAx) | Date | May 17, 2018 |
| Title | Kajeet, Inc. v. Mobicip, LLC | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO RECOGNIZE THE LAW FIRM OF WILSON TURNER KOSMO LLP AS LOCAL COUNSEL (DKT. 9)**

On May 10, 2018, Kajeet, Inc. ("Plaintiff") filed a Motion for Leave to Recognize the Law Firm of Wilson Turner Kosmo LLP ("Wilson") as local counsel. Dkt. 9 (the "Motion"). They did so in connection with the planned applications by Plaintiff's out-of-state, lead counsel to appear *pro hac vice*. Plaintiffs acknowledge that Wilson maintains an office in San Diego, California, which is in the Southern District of California, but that Wilson does not have an office in the Central District of California. *Id.* at 2-3.

Pursuant to L.R. 83-2.1.3.4, an attorney seeking to appear *pro hac vice* must designate as Local Counsel an attorney who "(1) is a member of the Bar of this Court; and (2) maintains an office within the District." Plaintiffs have not provided authority that shows that a District Judge has the discretion to excuse counsel from its obligations under the Local Rules. Assuming, without deciding, that there is such authority, there is not a sufficient basis to warrant an exception under the circumstances presented here. Given the narrow required role of local counsel, the availability of many attorneys in this District who could fill the role, and the absence of evidence of any burden, financial or otherwise, that would be imposed on Plaintiff by requiring its compliance with Rule 83-2.1.3.4, no good cause has been shown for granting an exception.

For the foregoing reasons, the Motion is **DENIED**.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |