WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
MORGAN P. SUDER (292499)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com
E-mail: msuder@wilsonturnerkosmo.com

Attorneys for Plaintiff
KAJEET, INC.

CLAYTON, MCKAY & BAILEY, PC
BENJAMIN D. BAILEY (GA Bar No. 117201)
1155 Mt. Vernon Highway, Suite 800
Atlanta, Georgia 30338
Telephone: (678) 667-1388
Facsimile: (404) 704-0670
E-mail: ben@cmblaw.com

Attorney for Defendant
MOBICIP, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOBICIP, LLC, <br><br> Defendant. | Case No. 2:18-cv-03899-JAK-PLA <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** <br><br> **Complaint Served: 6/13/2018** <br> **Current Response Date: 7/4/2018** <br> **New Response Date: 8/2/2018** <br><br> Judge: Hon. John A. Kronstadt <br><br> Magistrate Judge: Hon. Paul L. Abrams <br><br> Trial Date: Not Set |

-1-   Case No. 2:18-cv-03899-JAK-PLA
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 8-3, by and between Plaintiff Kajeet, Inc. ("Plaintiff") and Defendant Mobicip, LLC ("Defendant"), through their undersigned counsel, that Defendant may have a thirty (30) day extension of time, up to and including August 2, 2018, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action.  No prior extension has been requested by Defendant.

Dated:   July 3. 2018          **WILSON TURNER KOSMO LLP**

By:   /s/ *Frederick W. Kosmo, Jr.*
      FREDERICK W. KOSMO, JR.
      HUBERT KIM
      MORGAN P. SUDER

Attorneys for Plaintiff
KAJEET, INC.

Dated:   July 3. 2018          **CLAYTON. MCKAY & BAILEY. PC**

By:   /s/ *Benjamin D. Bailey*
      BENJAMIN D. BAILEY

Attorney for Defendant
MOBICIP, LLC

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: July 3, 2018          /s/ *Frederick W. Kosmo, Jr.*
                              FREDERICK W. KOSMO, JR.