WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
MORGAN SUDER (292499)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile:  (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com
E-mail: msuder@wilsonturnerkosmo.com

Attorneys for Plaintiff
KAJEET, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOBICIP, LLC, <br><br> Defendant. | Case No. 2:18-cv-03899-JAK-PLA <br><br> **CERTIFICATE OF SERVICE** <br><br> Complaint Filed: May 10, 2018 <br><br> Judge:     Hon. John A. Kronstadt <br><br> Magistrate Judge:  Hon. Paul L. Abrams <br><br> Trial Date: Not Set |

I, the undersigned, declare as follows:

I am employed with the law firm of WILSON TURNER KOSMO LLP, whose address is 550 West C Street, Suite 1050, San Diego, California 92101. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen and I am not a party to this action.

On July 3, 2018, I served the following documents, bearing the titles:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

-1-    Case No. 2:18-cv-03899-JAK-PLA

CERTIFICATE OF SERVICE

[X]    by placing [ ] the original [X] a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

> BENJAMIN D. BAILEY, ESQ.
> CLAYTON, MCKAY & BAILEY, PC
> 1155 Mt. Vernon Highway, Suite 800
> Atlanta, Georgia  30338
> Telephone:  (678) 667-1388
> Facsimile:  (404) 704-0670
> E-mail:  ben@cmblaw.com
> **Attorney for Defendant  MOBICIP, LLC**

[X]    (By MAIL SERVICE) I placed such envelope(s) for collection and mailing on this date following ordinary business practices.

[ ]    (By FACSIMILE) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2006.  The facsimile machine I used complied with Rule 2003 and no error was reported by the machine.  Pursuant to Rule 2006, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

[ ]    (By OVERNIGHT DELIVERY - NEXT DAY DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[X]    I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on July 3, 2018, at San Diego, California.

_____
YOLANDA KONDAN