UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV18-03899 JAK (PLAx) | Date | July 10, 2018 |
|---|---|---|---|
| Title | Kajeet, Inc. v. Mobicip, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER STRIKING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (DKT. 25); AND**

**ORDER DIRECTING PLAINTIFF TO RETAIN COUNSEL IN THIS DISTRICT**

On May 10, 2018, Kajeet, Inc. ("Plaintiff") filed a motion seeking permission for Wilson Turner Kosmo, LLP ("Wilson") to serve as its local counsel (Dkt. 9) (the "Motion"). The Motion was denied. Dkt. 19. Wilson renewed its Motion on May 22, 2018 (Dkt. 23) (the "Renewed Motion"). The Renewed Motion was also denied. Dkt. 24.

On July 3, 2018, Wilson entered a stipulation with Defendant, which continues the deadline to respond to the Complaint from July 4, 2018 to August 2, 2018 (Dkt. 25) (the "Stipulation"). In light of the Court's Orders denying Wilson permission to serve as local counsel, it is not permitted to file documents in this action. Accordingly, the Stipulation is **STRICKEN**. Plaintiff is ordered to retain local counsel from within this district no later than July 30, 2018. A failure to do so will result in the dismissal of this action.

In light of the foregoing, the date by which Defendant shall respond to the Complaint is continued to August 2, 2018.

Wilson shall serve this Order on Defendant and file a proof of service no later than July 12, 2018. Wilson shall not file any further documents in this action.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | ak | |