1 | BRANDON C. FERNALD
2 | FERNALD LAW GROUP APC
510 West Sixth Street, Suite 700
Los Angeles, California 90014
3 | Telephone: 323-410-0320
Facsimile: 323-410-0330
4 | Email: brandon.fernald@fernaldlawgroup.com

5 | JONATHAN T. SUDER (*Pro Hac Vice* to be filed)
6 | CORBY R. VOWELL (*Pro Hac Vice* to be filed)
7 | RICHARD A. WOJCIO, JR. (*Pro Hac Vice* to be filed)
FRIEDMAN, SUDER & COOKE
8 | Tindall Square Warehouse No. 1
9 | 604 East 4th Street, Suite 200
Fort Worth, Texas 76102
10 | Telephone: (817) 334-0400
11 | Facsimile: (817) 334-0401
Email: jts@fsclaw.com
12 | Email: vowell@fsclaw.com
13 | Email: wojcio@fsclaw.com

14 | Attorneys for Plaintiff
KAJEET, INC.
15 |
16 | CLAYTON, MCKAY & BAILEY, PC
BENJAMIN D. BAILEY (GA Bar No. 117201)
17 | 1155 Mt. Vernon Highway, Suite 800
Atlanta, Georgia 30338
18 | Telephone: (678) 667-1388
Facsimile: (404) 704-0670
19 | Email: ben@cmblaw.com

20 | Attorneys for Defendant
Mobicip, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MOBICIP, LLC,<br><br>    Defendant. | Case No. 2:18-cv-03899-JAK-PLA<br><br>**SECOND STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[PROPOSED] ORDER**<br><br>**Complaint Served:  6/13/2018**<br>**Current response date: 8/2/2018**<br>**New response date: 8/17/2018** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs by and through their counsel of record and Defendants by and their counsel of record, hereby jointly request an additional extension of fifteen (15) days from the current response date of August 2, 2018 for Defendant to respond to the Initial Complaint until August 17, 2018. In support of this Stipulation, the parties show unto the Court as follows:

1. The Initial Complaint was served on Defendants on or about June 13, 2018;

2. Defendants' response to the Initial Complaint was originally due July 4, 2018;

3. One prior extension has been requested by the parties to extend Defendant's original answer date from July 4, 2018 to August 2, 2018;

4. The parties jointly request that the Court grant another fifteen (15) day extension of time for Defendant to respond to the Complaint until August 17, 2018;

5. Defendant and Plaintiff continue to pursue settlement discussions and are confident that they will be able to resolve this matter in the absence of further litigation.

2

WHEREFORE, the parties request an additional fifteen (15) day extension of Defendants' response deadline to August 17, 2018, in order to facilitate further settlement discussions.

**IT IS SO STIPULATED.**

Dated: August 3, 2018     By:    */s/ Brandon C. Fernald*

BRANDON C. FERNALD
FERNALD LAW GROUP APC
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone: 323-410-0320
Facsimile: 323-410-0330
Email: brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER
(*Pro Hac Vice* to be filed)
CORBY R. VOWELL
(*Pro Hac Vice* to be filed)
RICHARD A. WOJCIO, JR.
(*Pro Hac Vice* to be filed)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

Dated:     August 3, 2018     By:   */s/ Benjamin D. Bailey*

CLAYTON, MCKAY & BAILEY, PC
BENJAMIN D. BAILEY (GA Bar No. 117201)
1155 Mt. Vernon Highway, Suite 800
Atlanta, Georgia 30338
Telephone: (678) 667-1388
Facsimile: (404) 704-0670
Email: ben@cmblaw.com

Attorney for Defendant
Mobicip, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28