BRANDON C. FERNALD
FERNALD LAW GROUP APC
510 West Sixth Street, Suite 700
Los Angeles, California 90014
Telephone:  323-410-0320
Facsimile:   323-410-0330
Email:  brandon.fernald@fernaldlawgroup.com

JONATHAN T. SUDER (*Pro Hac Vice* to be filed)
CORBY R. VOWELL (*Pro Hac Vice* to be filed)
RICHARD A. WOJCIO, JR. (*Pro Hac Vice* to be filed)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: wojcio@fsclaw.com

Attorneys for Plaintiff
KAJEET, INC.

CLAYTON, MCKAY & BAILEY, PC
BENJAMIN D. BAILEY (GA Bar No. 117201)
1155 Mt. Vernon Highway, Suite 800
Atlanta, Georgia 30338
Telephone: (678) 667-1388
Facsimile: (404) 704-0670
Email:  ben@cmblaw.com

Attorneys for Defendant
Mobicip, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| KAJEET, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MOBICIP, LLC,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-03899-JAK-PLA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO SECOND EXTENSION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**Complaint Served: 6/13/2018**<br>**Current response date: 8/2/2018**<br>**New response date: 8/17/2018** |

　　　The Court, having reviewed the parties' stipulation requesting a second extension of time for Defendant to response to the Complaint, and for good cause shown, hereby grants the same.

　　　1.　　The response deadline presently set for August 2, 2018, is continued by fifteen (15) days or until August 17, 2018.

　　　**IT IS SO ORDERED.**


　　　Date: _____ ,2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　United States District Court Judge